**RECEIVED**

MAR 1 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA CHIERICI, ET AL. | MISC. CASE NO. 17-mc-05 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICALS AMERICA, INC, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Patricia L. Chierici, as Trustee and Derivative Claimant, and Michelle Chierici, Nicole Watson, and Richard Chierici as Derivative Claimants, of the Estate of Louis Chierici, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15th day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE